IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DAVID L. STARR | ) | Case No. 4:11-CV-00053 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | By: Jackson L. Kiser Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending an Order be entered GRANTING the Commissioner's Motion for Summary Judgment, AFFIRMING the Commissioner's final decision, and DISMISSING this case from the docket of the Court. [ECF No. 19.] This *Report* was filed on July 30, 2012, from which the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED,** the Commissioner's final decision is **AFFIRMED**, and the Clerk is directed to **DISMISS** this case from the docket of the Court.

The Clerk is directed to send a copy of this Order to all counsel of record, as well as to Magistrate Judge Crigler.

ENTERED this 17th day of August, 2012.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE